Richard W. Osman, State Bar No. 167993
Ana K. Sanderson, State Bar No. 332737
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
asanderson@bfesf.com

Attorneys for Defendant
CITY OF VACAVILLE, OFFICER FODERARO
OFFICER KAIZER AND SERGEANT WATTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GONZALEZ, individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SOLANO; COUNTY OF SOLANO DEPARTMENT OF HEALTH AND SOCIAL SERVICES; CITY OF VACAVILLE; VACAVILLE POLICE DEPARTMENT; KAYLA MILLER, in her personal capacity; ESSENE WEBB, in her personal capacity; JESSICA ANDERSON, in her personal capacity; BRIAN BOUKNIGHT, in his personal capacity; OFFICER FODERARO, in his personal capacity; OFFICER KAIZER, in his personal capacity; SERGEANT WATTS, in his personal capacity; DOES 1 – 10 inclusive,[1]<br><br>Defendants. | Case No. 2:25-cv-03467-JAM-CSK<br><br>**STIPULATION AND ORDER EXTENDING CITY DEFENDANTS' TIME TO RESPOND TO COMPLAINT (ECF No. 23)** |

IT IS HEREBY STIPULATED by and between Plaintiff VANESSA GONZALEZ ("Plaintiff") and Defendants CITY OF VACAVILLE, OFFICER FODERARO, OFFICER KAIZER, and SERGEANT WATTS (collectively, "City Defendants"), through their respective counsel of record, and the parties jointly request an order pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Eastern District of

[1] Plaintiff names the Vacaville Police Department as a defendant. However, the Vacaville Police Department is not a separate legal entity, but rather a department of the City of Vacaville. The City therefore responds on behalf of the Vacaville Police Department.

California Local Rules 143 and 144, as follows:

WHEREAS, Plaintiff filed her Complaint on December 1, 2025;

WHEREAS, the City Defendants' original deadline to respond to the Complaint was October 27, 2026; on October 23, 2026, Plaintiff and the City Defendants executed an initial stipulation under Local Rule 144(a), extending that deadline by fourteen (14) days to November 10, 2026;

WHEREAS, on November 4, 2026, counsel for the City Defendants served Plaintiff's counsel with a detailed meet and confer letter identifying perceived deficiencies in the Complaint and requesting that Plaintiff advise whether she intended to amend before the City Defendants filed a motion under Federal Rule of Civil Procedure 12. The letter also invited discussion of a further extension of the November 10, 2026 response deadline to permit a meaningful conference or amendment;

WHEREAS, on November 6, 2026, Plaintiff's counsel acknowledged receipt of the letter, requested additional time to respond, advised that she had agreed to a twenty-one (21) day extension for the County Defendants, and proposed establishing a consistent response deadline for all Defendants so Plaintiff could evaluate the issues raised and potentially file a single amended complaint;

WHEREAS, counsel for the City Defendants agreed on November 6, 2026 and asked to be advised once the deadline had been confirmed with County counsel;

WHEREAS, on November 10, 2026, Plaintiff's counsel expressly identified that date as the City Defendants' existing response deadline, requested that the stipulation prepared by County counsel include the City Defendants, and reiterated her preference to address the Defendants' concerns in a single amended complaint;

WHEREAS, the parties thereafter signed a further stipulation prepared by County counsel generally providing an additional twenty-one (21) days to respond. In light of the City Defendants' existing November 10, 2026 deadline and the preceding meet and confer correspondence, City counsel understood the extension to run from November 10, resulting in a December 1, 2026 response deadline;

WHEREAS, the City Defendants acted in good faith in pursuing the meet and confer process and relying on the parties' agreed extension;

WHEREAS, the parties request relief promptly after identifying the issue and seek an extension to

December 9, 2026, for the reasons set forth below;

WHEREAS, on November 18, 2026, the County Defendants filed their Answer to the Complaint, and Plaintiff's counsel confirmed her intention to file a First Amended Complaint within the period permitted by Federal Rule of Civil Procedure 15(a)(1)(B);

WHEREAS, in the interests of judicial economy, to avoid unnecessary motion practice directed at a Complaint that Plaintiff intends to amend, and to permit the City Defendants to evaluate the operative pleading before responding, the parties respectfully request that the City Defendants' deadline to answer, move, or otherwise respond to the Complaint be extended through and including December 9, 2026, which is twenty-one (21) days after the County Defendants filed their Answer;

NOW, THEREFORE, the parties stipulate and respectfully request that the Court find good cause and excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B), approve the additional extension nunc pro tunc to November 10, 2026, and extend the City Defendants' deadline to answer, move, or otherwise respond to the Complaint through and including December 9, 2026. If Plaintiff files a First Amended Complaint, the City Defendants' time to respond to that pleading shall be governed by Federal Rule of Civil Procedure 15(a)(3), unless otherwise ordered by the Court. This request applies only to the City Defendants and does not modify any other defendant's deadline or any other date set by the Court.

**IT IS SO STIPULATED.**

Dated: November 19, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: Ana K. Sanderson

Richard W. Osman
Ana K. Sanderson
Attorneys for Defendant
CITY OF VACAVILLE, OFFICER FODERARO
OFFICER KAIZER AND SERGEANT WATTS

Dated: November 19, 2026

SEROBIAN LAW, INC.

By: Liana Serobian

Liana Serobian
Attorneys for Plaintiff
Vanessa Gonzalez

**ELECTRONIC CASE FILING ATTESTATION**

I, Ana K. Sanderson, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Date: November 19, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Ana K. Sanderson*

Ana K. Sanderson

# ORDER

Having considered the parties' stipulation and request, and good cause and excusable neglect appearing under Federal Rule of Civil Procedure 6(b)(1)(B), the Court ORDERS as follows:

1. The parties' request to extend the time for Defendants City of Vacaville, Officer Foderaro, Officer Kaizer, and Sergeant Watts to respond to Plaintiff's Complaint is **GRANTED**.

2. The City Defendants (**Defendants City of Vacaville, Foderaro, Kaizer, and Watts**) shall answer, move, or otherwise respond to Plaintiff's Complaint on or before **December 09, 2026. This extension is approved nunc pro tunc to November 10, 2026**. If Plaintiff files a First Amended Complaint, the City Defendants' time to respond to that pleading shall be governed by Federal Rule of Civil Procedure 15(a)(3), unless otherwise ordered by the Court.

3. This Order does not modify any deadline applicable to any other defendant or any other date set by the Court.

**IT IS SO ORDERED.**

Dated: November 19, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE